IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>   vs.<br><br>WALTER GLENN PRIMROSE, (01)<br>  aka, "Bobby Edward Fort"<br><br>GWYNN DARLE MORRISON, (02)<br>  aka, "Julie Lyn Montague"<br><br>               Defendants. | CR. NO. 22-00060 LEK<br><br>DECLARATION OF COUNSEL |

## DECLARATION OF COUNSEL

THOMAS MUEHLECK, upon penalty of perjury, declares and states as follows:

1.    I am the Assistant United States Attorney assigned to prosecute the case of U.S. v. Walter Glenn Primrose and Gwynn Darle Morrison.

2.    The United States Attorney's Office ordered the transcripts of the Telephonic Hearing on Defendant Walter Primrose's Detention Hearing and the Telephonic Hearing on Defendant Walter Primrose's Motion for Withdrawal and Substitution of Counsel from the Court on December 7, 2022. I was trying to

determine whether the transcripts reflected that the Defendant admitted to the Court that he was Walter Glenn Primrose.

3. On January 4, 2023, at 4:32 p.m. my legal assistant advised me by email that the transcripts had been received and emailed them to me. I did not open the transcripts at that time.

4. On January 5, 2023, at approximately 6:15 a.m. I opened the email I received from my legal assistant and opened the two attachments that were the transcripts of the Detention Hearing and the Hearing on the Primrose Motion for Withdrawal and Substitution of Counsel. I reviewed the beginning two pages of both transcripts and saw that the Defendant had in fact admitted to the Magistrate Judge that he was Walter Glenn Primrose. I then opened the third attachment and realized it was a sealed transcript of the Court Speaking to Defendant's Counsel, Max Mizono, outside of the presence of counsel for the United States. I immediately closed the attachment.

5. I did not read the sealed transcript and immediately left a note for my legal assistant not to open the sealed transcript when she came to work.

6. My legal assistant advised me later that morning that she had opened the sealed transcript late in the day of January 4, 2023, to verify, per Ms. Cahill's request on January 4, 2023, that the United States had received Ms. Cahill's email

and the attached transcripts and invoice. My legal assistant advised that she did not read the sealed transcript.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

DATED: January 6, 2023, at Honolulu, Hawaii.

          Respectfully submitted,

          CLARE E. CONNORS
          United States Attorney
          District of Hawaii

By   /s/ T. Muehleck
     THOMAS MUEHLECK
     Assistant U.S. Attorney