WALTER J. RODBY   #5594
733 Bishop Street, Suite 2050A
Honolulu, Hawai`i  96813
Telephone: (808) 232-6313
E-mail:  AttorneyRodby@msn.com

Attorney for Defendant Walter Glenn Primrose

IN THE UNITED STATES DISTRICT

COURT FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WALTER GLENN PRIMROSE AKA BOBBY FORT,<br><br>Defendant. | CR. NO. 22-00060 LEK<br><br>MEMORANDUM IN OPPOSTION TO THE GOVERNMENT'S MOTION IN LIMINE #1 & CERTIFICATE OF SERVICE |

**MEMORANDUM IN OPPOSITION**
**TO THE GOVERNMENT'S MOTION IN LIMINE #1**

Defendant WALTER GLENN PRIMROSE AKA BOBBY FORT ("PRIMROSE AKA BOBBY FORT" or "Defendant"), by and through his undersigned counsel, submits this Memorandum in Opposition to the Government's Motion in Limine #1 (Dkt. #117).

1

In its motion in limine, the government is asking this court to in limine and prohibit "examination or testimony concerning Defendants wearing or being photographed in foreign military uniforms."

Indeed, Rule 401 of the Federal Rules of Evidence states that "Evidence is relevant" if:

a) it has any tendency to make a fact more or less probable that it would be without the evidence; and

b) the fact is of consequence in determining the action.

In sum, the government appears to be abandoning its theories that the Defendants are sleeper cell spies who will flee the country given the chance and report back to their handlers.

However the argument that the Defendants were spies was the backbone of the government's July 2022 arguments to lock them up and throw away the key. (See Motion to Detain Defendants Without Bail Dkt. #10)

In its motion the government focused on my client's "secret clearance as an avionics electrical technician in the Coast Guard" and his supposed extraordinary ability "communicate surreptitiously with others". (Id.)

Hearsay arguments were presented claiming that his co-defendant wife "lived in Romania (while that country was within the Communist bloc)". (Id.)

The icing on the cake was the proclamation that "Federal agents have also seized photographs from defendants' residence that depict the defendants apparently some years ago wearing what have been identified as KGB uniforms." (Id.)

At some point there was even publicity along the lines of Comrade Primrose having some type of invisible ink kit, the type you would purchase as a child through a 60's or 70's comic book advertisement.

After consideration of the government's arguments and representations, both Defendants were held without bail. Truly, have been held without bail ever since.

Now, ten months later, the government has come to its senses and is trying to abandon that prong of attack because it now realizes its investigation was faulty, the product of a rush to judgment, that mistakenly branded Defendants' as Communist bloc spies who needed to be incarcerated for the safety of the public.

Now, with clear eyes, after recognizing the absurdity of it all, the government wants to sweep these facts under the rug, and we all act as if these arguments were never presented to the court. They are trying to wash their hands, and proceed as if this was never a fundamental aspect of their investigation and the foundation, neigh the cornerstone of their Motion to Detain and imprison the defendants.

But this evidence is relevant.

It is relevant to the government's flawed investigation. It is relevant to the government's rush to judgment. And it is relevant to the fact that there never was any type of full and fair investigation into the allegations at hand.

The government's inept investigation has resulted in Mr. Fort and Ms. Montague losing everything, their home, their property, their livelihood, indeed, their good character and reputation in our community but foremost, their freedom.

Sure, both Defendants attended a Halloween party decades ago, took photos of each other wearing "Communist bloc" uniforms and tucked them away in a family photo album. Photo albums that people of a certain age all kept back in the day.

In sum this evidence, and the government's focus on it, their flawed investigation and their rush to judgment makes it more probable that their erroneous conclusions about the Comrade Primrose being a "Communist bloc" spy also means that they are wrong about supposed identity theft and their new found theories of passport fraud.

The government being so wrong about the Defendants being "Communist bloc" spies is a fact of consequence that should be considered in determining this action.

DATED: Honolulu, Hawai`i, April 14, 2023.

<u> / s / *Walter J. Rodby* </u>
Attorney for Defendant WALTER GLENN PRIMROSE aka BOBBY FORT

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WALTER GLENN PRIMROSE AKA BOBBY FORT,<br><br>Defendant. | CR. NO. 22-00060 LEK<br><br>CERTIFICATE OF SERVICE |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of this document has been electronically mailed and served upon the following parties, as set forth below:

Served Electronically through CM/ECF:

| | |
|---|---|
| Thomas Muehlek | Tom.Muehlek@usdoj.gov |
| Megan Kau | Mk@megkaulaw.com |

DATED: Honolulu, Hawai'i, April 14, 2023.

/s/ Walter J. Rodby
Attorney for Defendant