# MINUTE ORDER

| | |
|---|---|
| CASE NUMBER: | CRIMINAL NO. 22-00060 LEK |
| CASE NAME: | USA vs. Walter Glenn Primrose (1)<br>Gwynn Darle Morrison (2) |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | DATE: | 4/19/2023 |

COURT ACTION: **EO: COURT ORDER GRANTING UNITED STATES' MOTION IN LIMINE NO. 1 TO PRECLUDE EXAMINATION OR TESTIMONY CONCERNING DEFENDANTS WEARING FOREIGN MILITARY UNIFORMS, [FILED 3/24/23 (DKT. NO. 117)]**

  On March 24, 2023, Plaintiff United States of America ("the Government") filed its Motion in Limine No. 1 to Preclude Examination or Testimony Concerning Defendants Wearing Foreign Military Uniforms ("MIL #1"). [Dkt. no. 117.] The Government seeks to preclude examination or testimony regarding Defendants Walter Glenn Primrose ("Primrose") and Gwynn Darle Morrison ("Morrison" and collectively "Defendants") wearing or being photographed wearing uniforms of foreign nations. [MIL #1 at 2.] The Government submits that "[w]hether or not the Defendants wore foreign military uniforms has no bearing on the issues presented . . . [in] the Indictment." [Id. (citing Fed. R. Evid. 401).] Primrose filed his memorandum in opposition to MIL #1 on April 16, 2023. [Dkt. no. 140.] Morrison did not file an opposition.

  Primrose agrees that the evidence of Defendants wearing or being photographed in foreign military uniforms is not relevant but decries the Government's use of the information to detain him and Morrison before trial. These arguments are pertinent to Morrison's motion to reconsider detention, which is currently pending before the magistrate judge. See Morrison's Motion to Reconsider the Court's August 3, 2022 Detention Order [Doc. 32], filed 4/12/23 (dkt. no. 132). This Court will therefore not address Primrose's arguments regarding his pretrial detention.

  The Court finds that evidence of Defendants wearing or being photographed in foreign military uniforms is not relevant to the offenses being alleged against them and, therefore, such evidence is precluded at trial pursuant to Fed. R. Evid. 401. The Government's MIL #1 is hereby GRANTED.

  IT IS SO ORDERED.

Submitted by: Agalelei Elkington, Courtroom Manager