CLARE E. CONNORS #7936
United States Attorney
District of Hawaii

THOMAS MUEHLECK #3591
Assistant U.S. Attorneys
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd., Room 6-100
Honolulu, Hawaii 96850
Telephone:(808) 541-2850
Facsimile: (808) 541-2958
Email: Tom.Muehleck@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | CR. NO. 22-00060 LEK |
| ) | |
| Plaintiff,      ) | UNITED STATES' WITNESS LIST; |
| ) | CERTIFICATE OF SERVICE |
| v.      ) | |
| ) | |
| WALTER GLENN PRIMROSE, (01)      ) | |
| aka "Bobby Edward Fort,"      ) | |
| ) | |
| GWYNN DARLE MORRISON, (02)      ) | |
| aka "Julie Lyn Montague"      ) | |
| ) | |
| Defendants.      ) | |

**UNITED STATES' WITNESS LIST**

COMES NOW the United States of America, by and through the undersigned attorneys, and hereby submits the following list of witnesses that the United States may call in the above-captioned case.

The United States reserves the right to call any witnesses named or disclosed by Defendant, any witnesses who may become necessary by way of rebuttal or impeachment, or supplement this list.

DATED: April 24, 2023, at Honolulu, Hawaii.

                                CLARE E. CONNORS
                                United States Attorney
                                District of Hawaii

By   */s/ T. Muehleck*
      THOMAS MUEHLECK
      Assistant U.S. Attorneys

# UNITED STATES DISTRICT COURT
# DISTRICT OF HAWAII

| UNITED STATES OF AMERICA | WITNESS LIST |
|---|---|

v.

| WALTER GLENN PRIMROSE, (01) aka "Bobby Edward Fort" GWYNN DARLE MORRISON, (02) aka "Julie Lyn Montague" | CR. NO. 22-00060 LEK |
|---|---|

| PLF. No.: | Description of Witnesses |
|---|---|
| 1. | Tonda Ferguson |
| 2. | Lacey Dingman |
| 3. | Scott Stalla, Special Agent, Diplomatic Security Service, Department of State |
| 4. | Payton Garbarino |
| 5. | Shawn Gray, Special Agent, Diplomatic Security Service, Department of State |
| 6. | Rebecca Ghilepsie, Special Agent, Diplomatic Security Service, Department of State |
| 7. | Sean Marinan, Special Agent, Federal Bureau of Investigation |
| 8. | Sterling Compton |
| 9. | Brian McLean |
| 10. | Catherine Crumpler |

| 11. | Carol Burton |
|-----|--------------|
| 12. | Wendy Morrison |
| 13. | Tara Buran |
| 14. | Sandra Young |
| 15. | Heather Spivey |
| 16. | UPS Store Custodian of Records |
| 17. | Scott Kikawa, Customs and Border Protection Officer |
| 18. | Nilda Ocreto |
| 19. | Joshua Loo |
| 20. | Rosalie Calub |
| 21. | Dina Bowers |
| 22. | Linda Marle Salmeron |
| 23. | Christine Roe, Special Agent, Federal Bureau of Investigation |
| 24. | Doug McLand, Special Agent, Federal Bureau of Investigation |
| 25. | Anita Harris |

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served on the following counsel on the date and in the manner described below:

<u>Served by ECF:</u>

Marc Victor                     E-mail: marc@attorneysforfreedom.com

Attorney for Defendant
WALTER GLENN PRIMROSE
aka "Bobby Edward Fort"

Megan K. Kau, Esq.              E-mail: mk@megkaulaw.com

Attorney for Defendant
GWYNN DARLE MORRISON
aka "Julie Lyn Montague"

DATED: April 24, 2023, at Honolulu, Hawaii.

/s/ *Alaina Benson*
U.S. Attorney's Office
District of Hawaii