CLARE E. CONNORS #7936
United States Attorney
District of Hawaii

THOMAS MUEHLECK #3591
Assistant U.S. Attorneys
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd., Room 6-100
Honolulu, Hawaii  96850
Telephone:(808) 541-2850
Facsimile: (808) 541-2958
Email: Tom.Muehleck@usdoj.gov

Attorney for Plaintiff
UNITED STATES OF AMERICA

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 22-00060 LEK |
| | ) | |
| Plaintiff, | ) | UNITED STATES' EXHIBIT LIST; |
| | ) | CERTIFICATE OF SERVICE |
| v. | ) | |
| | ) | |
| WALTER GLENN PRIMROSE, (01) | ) | |
| aka "Bobby Edward Fort," | ) | |
| | ) | |
| GWYNN DARLE MORRISON, (02) | ) | DATE:  May 22, 2023 |
| aka "Julie Lyn Montague" | ) | TIME:   9:00 a.m. |
| | ) | JUDGE: Hon. Leslie E. Kobayashi |
| Defendants. | ) | |

## UNITED STATES' EXHIBIT LIST

The Government hereby submits its exhibit list, attached hereto, in the above-captioned matter, for the trial presently set for May 22, 2023.  The Government reserves the right to add to, delete from, or otherwise modify this list during the course of trial.

DATED:  May 1, 2023, at Honolulu, Hawaii.

Respectfully submitted,

CLARE E. CONNORS
United States Attorney
District of Hawaii

By  */s/ Thomas Muehleck*
THOMAS MUEHELCK
Assistant U.S. Attorney

## UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

**UNITED STATES OF AMERICA**                      **EXHIBIT LIST**

      **v.**

**WALTER GLENN PRIMROSE, (01)**                 **CR. NO. 22-00060 LEK**
    **aka "Bobby Edward Fort"**
**GWYNN DARLE MORRISON, (02)**
    **aka "Julie Lyn Montague"**

| Exhibit No. | Description | Date Offered | Date Adm. |
|---|---|---|---|
| 1 | Birth Certificate Julie Montague | | |
| 2 | Death Certificate Julie Montague | | |
| 3 | Photo of Tombstone – Julie Montague | | |
| 4 | Birth Certificate Bobby Fort | | |
| 5 | Death Certificate Bobby Fort | | |
| 6 | Burial Record Bobby Fort | | |
| 7 | Passport Application for "Bobby Fort" | | |
| 8 | Passport Application for "Julie Montague" | | |
| 9 | 1999 Passport Application Walter Primrose | | |
| 10 | Birth Certificate- Walter Primrose | | |
| 11 | Birth Certificate- Gwynn Morrison | | |
| 12 | 1987 Passport – Walter Primrose | | |
| 13 | "Bobby Fort" 1996 General Passport | | |
| 14 | "Bobby Fort" 2006 General Passport | | |
| 15 | "Bobby Fort" 2016 General Passport | | |
| 16 | "Bobby Fort" 2001 Official Passport | | |
| 17 | "Bobby Fort" 2009 Official Passport | | |
| 18 | "Julie Montague" 1996 General Passport | | |
| 19 | "Julie Montague" 2006 General Passport | | |
| 20 | "Julie Montague" 2016 General Passport | | |
| 21 | "Bobby Fort" TECS Records | | |

| | | | |
|---|---|---|---|
| 22 | "Julie Montague" TECS Records | | |
| 23 | "Bobby Fort" Retired DOD ID Card # 1133731470 | | |
| 24 | "Bobby Fort" Hawaii Driver's License #H00335519 | | |
| 25 | "Bobby Fort" VA ID Card # 1133731470 | | |
| 26 | "Bobby Fort" DOD CAC ID Card # 11337314670 | | |
| 27 | Entrance video for Search Warrant Residence M2U00016.MPG | | |
| 28 | Pictures from Search Warrant (Residence Location) | | |
| 29 | Sketch for Search Warrant of Residence | | |
| 30 | Kailua Mailbox Application | | |
| 31 | Max Federal Credit Union Mail/Bank Statement from July 01, 2000 – Sept 30, 2000 | | |
| 32 | Gwynn Morrison Calhoun High School Diploma | | |
| 33 | Gwynn Morrison Auburn Diploma | | |
| 34 | Gwynn Morrison Stephen F. Austin Master of Arts Diploma | | |
| 35 | Envelope labeled birth certificates containing Birth Certificates for Bobby Fort and Julie Montague | | |
| 36 | "Bobby Fort" Hawaii driver's licenses issued in 2008 | | |
| 37 | "Bobby Fort" Hawaii driver's licenses issued in 2014 | | |
| 38 | "Bobby Fort" Hawaii driver's licenses issued in 2022 | | |
| 39 | "Julie Montague" U.S. Passport Card issued 2016 | | |
| 40 | "Bobby Fort" DHS Global Entry Card issued 2022 | | |
| 41 | "Bobby Fort" U.S. Passport Card issued 2016 | | |
| 42 | "Julie Montague" U.S. Passport Card issued 2016 | | |
| 43 | "Julie Montague" Social Security Card | | |
| 44 | Gwynn D. Primrose Social Security Card | | |
| 45 | Gwynn D. Primrose Texas Driver's license | | |
| 46 | "Julie Montague" Hawaii Driver's License issued 2003 | | |
| 47 | Gwynn Primrose Max Federal Credit Union teller card 3019 | | |
| 48 | Gwynn Primrose Max Federal Credit Union teller card 3217 | | |
| 49 | Gwynn Primrose Business cards | | |
| 50 | Gwynn Primrose Lacy Lakeview Public Library Card | | |
| 51 | Brian McLean Business Cards | | |

2

| | | | |
|---|---|---|---|
| 52 | Three (3) Max Federal Credit Union Bank Cards (1089 –12/19)(1089 – 12/16)(1089– 12/22) | | |
| 53 | DOD Dependent ID Card "Julie Montague" | | |
| 54 | "Julie Montague" Hawaii Driver's License | | |
| 55.1 | Photograph of Walter Primrose | | |
| 55.2 | Photograph of Walter Primrose | | |
| 55.3 | Photograph of Walter Primrose | | |
| 55.4 | Photograph of Walter Primrose | | |
| 55.5 | Photograph of Walter Primrose | | |
| 55.6 | Photograph of William Primrose | | |
| 55.7 | Photograph of Wendy Morrison (April 1989) | | |
| 55.8 | Photograph of Brian McLean | | |
| 56 | Marriage Certificate "Bobby Fort" and "Julie Montague" | | |
| 57 | Marriage Certificate Walter Primrose and Gwynn Morrison | | |
| 58.1 | Photograph of Walter Primrose in Orange shirt | | |
| 58.2 | Photograph of Walter Primrose suit and tie | | |
| 58.3 | Photograph of Walter Primrose in button shirt/w circles | | |
| 58.4 | Photograph of four individuals on couch | | |
| 58.5 | Photograph of Walter Primrose in designer shirt | | |
| 58.6 | Photograph of Walter Primrose & Gwynn Morrison tiger shirt | | |
| 59 | Calhoun Yearbook | | |
| 60 | Address Book | | |
| 61.1 | Photograph of Gwynn Morrison in front of Statute | | |
| 61.2 | Photograph of Safari Hat Walter Primrose, Gwynn Morrison & Brian McLean | | |
| 61.3 | Photograph of Safari Hat Walter Primrose, Gwynn Morrison & Brian McLean | | |
| 61.4 | Photograph of Safari Hat Walter Primrose, Gwynn Morrison | | |
| 61.5 | Photograph of Safari Hat Walter Primrose & Brian McLean | | |
| 61.6 | Photograph of Safari Hat Walter Primrose, Gwynn Morrison & Brian McLean | | |
| 61.7 | Photograph of Safari Hat Walter Primrose | | |
| 61.8 | Photograph of Bookshelf Carol Burton &Walter Primrose | | |

3

| | | | |
|---|---|---|---|
| 61.9 | Photograph of Gwynn Morrison with male | | |
| 61.10 | Photograph of Gwynn Morrison with male | | |
| 61.11 | Photographs of Wendy Morrison in blue blazer | | |
| 62.1 | Photograph of Walter Primrose | | |
| 62.2 | Photograph of Gwynn Morrison Los Angeles T-shirt | | |
| 62.3 | Photograph of Walter Primrose in front of airplane | | |
| 62.4 | Photograph of Walter Primrose and William Primrose in front of Noritsu building | | |
| 63 | Vehicle Registration for Brian McLean (Certified) | | |
| 64 | Texas DMV Records for "Julie Montague" | | |
| 65 | Texas DMV Records for "Bobby Fort" | | |
| 66 | Texas DMV Records for Gwynn Morrison | | |
| 67.A | 1995 Atlantic Beach, FL Brian McLean to Gwynn Morrison | | |
| 67.B | 1996 Atlantic Beach, FL Brian McLean to Gwynn Morrison | | |
| 67.C | 1997 Elizabeth City, NC Brian McLean to Gwynn Morrison | | |
| 67.D | 1999 Elizabeth City, NC Brian McLean to Gwynn Morrison | | |
| 67.E | 2000 Elizabeth City, NC Brian McLean to Gwynn Morrison | | |
| 67.F | 2009 Bougainvillea Brian McLean to Gwynn Morrison | | |
| 68.A | 2004 Waipahu Brian McLean to Gwynn Morrison | | |
| 68.B | 2005 Waipahu Brian McLean to Gwynn Morrison | | |
| 68.C | 4-8-22 Gwynn Morrison to Brian McLean | | |
| 68.D | 4-21-22 Gwynn Morrison to Brian McLean | | |
| 68.E | Cecil Primrose to Walter and Gwynn Primrose Kailua address | | |
| 69.1 | Photograph Carol Burton & Rachel Elliott | | |
| 69.2 | Photograph Wendy Morrison, Walter Primrose, Gwynn Morrison | | |
| 69.3 | Photograph Anna Morrison, Walter Primrose, Gwynn Morrison | | |
| 69.4 | Photograph Wendy Morrison | | |
| 69.5 | Photograph Wendy Morrison, Anna Morrison, Cyrial Morrison | | |

4

| | | | |
|---|---|---|---|
| 69.6 | Photograph Walter Primrose, Gwynn Morrison, Rebekah Winter (Buran) | | |
| 69.7 | Photograph Anna Morrison, Walter Primrose, Gwynn Morrison | | |
| 69.8 | Photograph Sandra Young (Morrison) Wedding | | |
| 69.9 | Photograph Cyrial Morrison | | |
| 69.10 | Photograph Gwynn Morrison & Rebekah Winter (Buran) | | |
| 70.A | 2021 Letter from Catherine Crumpler to "J Lyn" | | |
| 70.B | 2020 Letter from Catherine Crumpler to "J Lyn" | | |
| 70.C | 2021 Letter from Catherine Crumpler to "J Lyn" | | |
| 71 | 2002 Letter from Catherine Crumpler to "J Lyn Montague" | | |
| 72 | Picture of Carol Burton, Walter Primrose, Betty Hayes, William Primrose | | |
| 73.1 | Photograph of Cecil Primrose | | |
| 73.2 | Photograph of Cecil Primrose Black Coat | | |
| 73.3 | Photograph of Cecil Primrose Blue Shirt | | |
| 73.4 | Photograph of Cecil Primrose and two others | | |
| 73.5 | Photograph of Betty Hayes | | |
| 73.6 | Photograph of Betty Hayes and child | | |
| 74.1 | Photograph of Anna Morrison and Gwynn Morrison | | |
| 74.2 | Photograph of Anna Morrison and Gwynn Morrison | | |
| 74.3 | Photograph of Anna Morrison, Gwynn Morrison & other Female | | |
| 74.4 | Photograph of Gwynn Morrison | | |
| 74.5 | Photograph of Anna Morrison and two brothers | | |
| 74.6 | Business cards Cecil Primrose | | |
| 75.1 | Photograph of Walter Primrose and Gwynn Morrison | | |
| 75.2 | Photograph of Brian McLean | | |
| 75.3 | Photograph of Gwynn Morrison Black hat | | |
| 75.4 | Photograph of Brian McLean | | |
| 75.5 | Photograph of Brian McLean | | |
| 75.6 | Photograph of Brian McLean | | |
| 75.7 | Photograph of Gwynn Morrison and Wendy Morrison | | |
| 75.8 | Photograph of Tara Buran | | |

| | | | |
|---|---|---|---|
| 75.9 | Photograph of Tara Buran | | |
| 76 | Letter from Cecil Primrose | | |
| 77.1 | Envelope from Cecil Primrose | | |
| 77.2 | Letter from Betty Hayes | | |
| 78 | Letter from Betty Hayes 2002 Kailua HA | | |
| 79 | Hawaii Drivers License "Bobby Fort" June 20 2007 | | |
| 80 | Hawaii Drivers License "Bobby Fort" Sept 29, 2004 | | |
| 81 | Hawaii Drivers License "Julie Montague" Feb 02, 2009 | | |
| 82 | Hawaii Drivers License "Julie Montague" 2017 | | |
| 83 | Lufkin High School Diploma Walter Primrose | | |
| 84 | Social Security Card "Bobby Fort" | | |
| 85 | Calhoun High School Records Walter Primrose and Gwynn Morrison | | |
| 86 | Lufkin High School Records Walter Primrose | | |
| 87 | Auburn University Records Gwynn Morrison | | |
| 88.1 | Letter from Tara Buran Aug 16 2016 Kailua address | | |
| 88.2 | Letter from Tara Buran "end of the money" Kailua address | | |
| 89 | Letter from Tara Buran | | |
| 90.1 | Letters from Ann Morrison | | |
| 90.2 | Letter from Cyrial Morrison & Ann Morrison 19 Oct 2005 | | |
| 90.3 | Letter from Ann Morrison 15 Aug 2005 | | |
| 90.4 | Letter from Ann Morrison 5 Aug 2002 | | |
| 90.5 | Letter from Ann Morrison 6 Jan 2009 | | |
| 91.1 | Letter from Wendy Morrison, Ann Morrison & Cyrial Morrison | | |
| 91.2 | Letter from Wendy Morrison (2014) | | |
| 92.1 | Letter from Wendy Morrison 08 Oct 2021 | | |
| 92.2 | Letter from Wendy Morrison 28 Nov 2016 | | |
| 92.3 | Letter from Wendy Morrison 29 Mar 2022 | | |
| 93 | Kailua Certified Private Mailbox Records | | |
| 94 | UPS Store certified Records | | |
| 95 | Honolulu DMV Records for "Bobby Fort" | | |
| 96 | Honolulu DMV Records for "Julie Montague" | | |
| 97 | Certified NEX Records "Julie Montague" | | |

6

| 98 | DOT/FAA Pilots License "Bobby Fort" | | |
|---|---|---|---|
| 99 | Certified DEERS records "Bobby Fort" and "Julie Montague" | | |
| 100 | Certified Social Security Application "Bobby Fort" | | |
| 101 | Certified Social Security Application Walter Primrose | | |
| 102 | Certified Social Security Application Gwynn Morrison | | |
| 103 | Certified Social Security Application "Julie Montague" | | |
| 104 | Certified Social Security Application Gwynn Primrose | | |

CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served on the following counsel on the date and in the manner described below:

Served Electronically through CM/ECF:

Marc J. Victor                                  E-mail: marc@attorneysforfreedom.com

Attorney for Defendant
WALTER GLENN PRIMROSE
aka "Bobby Edward Fort"

Megan K. Kau, Esq.                          E-mail: mk@megkaulaw.com

Attorney for Defendant
GWYNN DARLE MORRISON
aka "Julie Lyn Montague"


DATED:  May 1, 2023, at Honolulu, Hawaii.


/s/ Alaina Benson
U.S. Attorney's Office
District of Hawaii