CLARE E. CONNORS #7936
United States Attorney
District of Hawaii

THOMAS MUEHLECK #3591
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: Tom.Muehleck@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 22-00060 LEK |
| | ) | |
| Plaintiff, | ) | UNITED STATES' RESPONSE TO |
| | ) | DEFENDANT WALTER GLENN |
| vs. | ) | PRIMROSE'S MOTION TO |
| | ) | CONTINUE TRIAL; CERTIFICATE |
| WALTER GLENN PRIMROSE,   (01) | ) | OF SERVICE |
| aka, "Bobby Edward Fort" | ) | |
| | ) | |
| GWYNN DARLE MORRISON,   (02) | ) | |
| aka, "Julie Lyn Montague" | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

UNITED STATES' RESPONSE TO DEFENDANT WALTER GLENN
PRIMROSE'S MOTION TO CONTINUE TRIAL

The United States has no objection to Defendant Walter Glenn Primrose's motion to continue trial.

DATED:     May 9, 2023, at Honolulu, Hawaii.

Respectfully submitted,

CLARE E. CONNORS
United States Attorney
District of Hawaii

By _T.Muehlar_____
THOMAS MUEHLECK
Assistant U.S. Attorney

2

## CERTIFICATE OF SERVICE

I hereby certify that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

Served through CM/ECF:

Gary G. Singh, Esq.                E-mail: gary@garysinghlaw.com

Attorney for Defendant
WALTER GLENN PRIMROSE
aka "Bobby Edward Fort"

Megan K. Kau, Esq.                E-mail: mk@megkaulaw.com

Attorney for Defendant
GWYNN DARLE MORRISON
aka "Julie Lyn Montague"

DATED:   May 9, 2023, at Honolulu, Hawaii.

/s/ Alaina Benson
U.S. Attorney's Office
District of Hawaii