CLARE E. CONNORS #7936
United States Attorney
District of Hawaii

THOMAS MUEHLECK #3591
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: Tom.Muehleck@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 22-00060 LEK |
| Plaintiff, | ) GOVERNMENT'S MOTION FOR ) LEAVE OF COURT TO TAKE |
| vs. | ) VIDEOTAPED DEPOSITION; ) CERTIFICATE OF SERVICE |
| WALTER GLENN PRIMROSE, (01) aka, "Bobby Edward Fort" | ) ) ) |
| GWYNN DARLE MORRISON, (02) aka, "Julie Lyn Montague" | ) ) ) |
| Defendants. | ) Trial Date: October 23, 2023 ) Judge: Hon. Leslie E. Kobayashi ) |

GOVERNMENTS' MOTION FOR LEAVE OF COURT TO TAKE
VIDEOTAPED DEPOSITION

The United States moves this Court, pursuant to Rule 15(a)(1) of the Federal Rules of Criminal Procedure, for an order authorizing the taking of a videotaped deposition of Anita Paulette Harris. Ms. Harris, who resides in the Dallas, Texas area, is the niece of Charlotte Eileen Fort. Charlotte Eileen Fort is deceased but was the mother of "Bobby Edward Fort." Ms. Harris is under subpoena to testify at the trial of this matter. Ms. Harris has advised the government, however, that she is not able to travel to Honolulu. The government would prefer not to disclose the particulars of Ms. Harris' condition in a public pleading but will provide additional information in a sealed pleading if directed by the Court.

Ms. Harris has advised the government that she and Charlotte Eileen Fort resided together in the late 1960s in Irving, Texas. Ms. Harris has advised that Ms. Fort gave birth to Bobby Edward Fort and that Bobby Edward For was often sickly and needed constant care. Ms. Harris recalls that shortly after Bobby Edward Fort was born, Ms. Fort moved back to Marble Falls, Texas, to live with her parents. Ms. Harris has told the government that Bobby Edward Fort had trouble breathing and other medical issues and died in Marble Falls several months later. Ms. Harris has advised the government that she attended a memorial for Bobby Edward Fort and that Bobby Edward Fort was buried in Marble Falls Cemetery.

Ms. Harris can provide significant testimony in this case. She can establish

the "means of identification" of another person that Defendant Walter Glenn Primrose used, that is the name, "Bobby Edward Fort," belonged to a real person. Ms. Harris' testimony will provide essential testimony in support of Counts 1, 2, 3, and 5.

Rule 15(a)(1) of the Federal Rules of Criminal Procedure permits the court to order that trial testimony be preserved via a deposition due to "exceptional circumstances" and in the "interest of justice." Ms. Harris is prepared to offer significant testimony in this case but is unable to travel to Honolulu. The government asks the Court to issue an order authorizing the taking of a videotaped deposition of her testimony, which can be used at trial. Such a deposition would allow Harris not to travel, while also allowing her to provide testimony subject to cross-examination.

DATED:   June 13, 2023, at Honolulu, Hawaii.

Respectfully submitted,

CLARE E. CONNORS
United States Attorney
District of Hawaii

By  *T. Muehleck*
THOMAS MUEHLECK
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

Served through Email:

Gary G. Singh, Esq.     E-mail: gary@garysinghlaw.com

Attorney for Defendant
WALTER GLENN PRIMROSE
aka "Bobby Edward Fort"

Megan K. Kau, Esq.     E-mail: mk@megkaulaw.com

Attorney for Defendant
GWYNN DARLE MORRISON
aka "Julie Lyn Montague"

DATED:   June 13, 2023, at Honolulu, Hawaii.

/s/ Alaina Benson
U.S. Attorney's Office
District of Hawaii