IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR No. 22-00060-LEK |
| | ) |
| Plaintiff, | ) DECLARATION OF COUNSEL |
| | ) |
| vs. | ) |
| | ) |
| WALTER GLENN PRIMROSE, | ) |
| aka "Bobby Edward Fort" (01); and | ) |
| | ) |
| GWYNN DARLE MORRISON, | ) |
| aka "Julie Lyn Montague" (02), | ) |
| | ) |
| Defendants. | ) |
| | ) |

DECLARATION OF COUNSEL

I, Gary G. Singh, am licensed to practice in the State of Hawaii and am the attorney for Defendant WALTER GLENN PRIMROSE aka "Bobby Edward Fort" ("Defendant") in this matter. I hereby submit this declaration in support of the foregoing motion and declare that the following facts are true:

1. I was appointed to represent Defendant in the above-captioned matter on May 5, 2023.

2. I spoke with Defendant, and Defendant wishes to represent himself and continue *pro se* in this case.

3. Defendant also requests that I act as standby counsel in this matter going forward.

4. For the foregoing reasons, the relief sought should be granted.

I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge at this time.

DATED: Honolulu, Hawaii, September 4, 2023.

*/s/ Gary G. Singh*
GARY G. SINGH