CLARE E. CONNORS #7936
United States Attorney
District of Hawaii

THOMAS MUEHLECK #3591
Assistant U.S. Attorneys
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii, 96850
Telephone: (808) 541-2850
Facsimile: (808) 541- 2958
Email: Tom.Muehleck@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 22-00060 LEK |
| | ) | |
| Plaintiff, | ) | UNITED STATES' TRIAL BRIEF; |
| | ) | CERTIFICATE OF SERVICE |
| vs. | ) | |
| | ) | |
| Walter Glenn Primrose,       (01) | ) | |
|    aka "Bobby Edward Fort," | ) | |
| | ) | |
| Gwynn Darle Morrison,       (02) | ) | |
|    aka "Julie Lyn Montague" | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

# UNITED STATES' TRIAL BRIEF

COMES NOW the United States of America, by and through the United States Attorney for the District of Hawaii, and hereby files this Trial Brief pursuant to the Court's Scheduling Order.

### I. Statement of the Case

#### A. Indictment

On January 12, 2023, the grand jury returned a Superseding Indictment charging the Defendants with Conspiracy to Commit Offenses Against the United States in violation of Title 18, United States Code, Section 371 (Counts 1 and 5) and with Aggravated Identity Theft, in violation of Title 18 of the United States Code, Section 1028A (Count 2).  Additionally, Defendant Walter Primrose is charged with use of Passport Secured by Reason of False Statement in violation of Title 18, United States Code, Section 1542 (Count 3) and Defendant Gwynn Darle Morrison is charged with False Statement in Application for Passport in violation of Title 18, United States Code, Section 1542 (Count 4).

#### B. Trial Status

A jury trial is scheduled to commence with jury selection on October 23, 2023.

#### C. Status of Counsel

Defendant Walter Glenn Primrose is represented by G. Gary Singh and Defendant Gwynn Darle Morrison is represented by Megan K. Kau.

### D. Custody Status

Both Defendants are detained at Honolulu Federal Detention Center

### E. Discovery

The United States has complied with its discovery obligations and is not aware of any outstanding discovery issues. To date, the Defendants have not provided or identified any material as trial exhibits to the extent that such a request is required in light of Criminal Local Rule 16, the United States formally reiterates its numerous previous requests for reciprocal discovery pursuant to Fed. R. Crim. P. 16(b). The United States will provide Defendants with the FBI laboratory work report on DNA analysis as soon as it is received.

### F. Henthorn

The United States has requested Henthorn review for each of its federal agent witnesses. The United States is aware of no undisclosed Henthorn material at this time.

## II. Statement of Facts

The United States anticipates that the evidence in this case will prove the following facts beyond a reasonable doubt:

On or about August 28, 2018, Defendants Walter Glenn Primrose and Gwynn Morrison went to the Hawaii Army National Guard office in Kapolei, Hawaii. Defendant Primrose identified himself as "B.E.F." and Defendant Morrison

identified herself as "J.L.M" to the Defense Enrollment Eligibility Reporting System (DEERS) clerk and signed an Application for Identification Card/DEERS Enrollment Form 1172-2 in order to obtain a Military Dependent Identification Card for Defendant Morrison that identified her as "J.L.M." The DEERS clerk input the Defendants' information into the DEERS system and issued a Dependent's I.D. card to Defendant Morrison. The Military Dependent Identification Card issued on August 28, 2018, in the name of "J.L.M" was found during the execution of a search warrant of Defendant's residence in Kapolei on July 22, 2022.

The Defendants used the "means of identification" of another person during the application process on August 28, 2018, at the Hawaii Army National Guard Office, that is Defendant Primrose used, without authority, the name "B.E.F." and Defendant Morrison, used without authority, the name "J.L.M." The Defendants used these names during and in the relation to a felony violation of Title 18, United States Code, Section 1001, that is, while making false, fictitious, and fraudulent statements and representations in a matter with the jurisdiction of the Department of Defense while knowing that the means of identification belonged to another person.

On April 2, 2014, Defendant Walter Primrose submitted a completed State of Hawaii Driver's License Renewal Application to a City and County of Honolulu

Motor Vehicle Licensing Section clerk for a renewal of a Hawaii driver's license under the name "B.E.F." Defendant Primrose submitted his United States Passport issued on October 30, 2006, in the name of "B.E.F." to the clerk to prove identity and the clerk scanned the "B.E.F." passport. In the application for that passport, Defendant Primrose falsely stated that his name was "B.E.F." The "B.E.F." passport issued on October 30, 2006, was found in Defendant Primrose's residence in Kapolei on July 22, 2022. The City and County of Honolulu Driver License Branch issued to Defendant Primrose a renewed Hawaii driver's license in the name of "B.E.F."

On April 8, 2016, Defendant Gwynn Darle Morrison mailed a U.S. Passport renewal application to the National Passport Center. In her passport renewal application, Defendant Morrison falsely stated that her name was "J.L.M" and that her date of birth was xxx xx, 1968.

In 1987 the Defendants began accumulating identification documents in the names of "B.E.F." and "J.L.M." A copy of the State of Texas Department of Health birth certificate for "J.L.M" certified by the Burnet County, Texas, County Clerk on June 25, 1987, was found in the safe in the Defendants' residence along with a copy of the State of Texas Department of Health birth certificate for "B.E.F." certified by State Registrar on August 5, 1987.

In 1987 the Defendants confided in a friend of their plan to obtain new

identities and subsequently applied for Texas driver's licenses, identification cards and Social Security Numbers in the names of "B.E.F." and "J.L.M."

On or about November 8, 1996, the Defendants submitted passport applications in the names "B.E.F." and "J.L.M."  The Defendants traveled to the Bahamas in 1998 utilizing their fraudulently obtained passports in the names "B.E.F." and "J.L.M."

In October 2006, the Defendants submitted passport renewal applications in the names "B.E.F." and "J.L.M."  On or about September 2015, the Defendants traveled to the Netherlands using their fraudulently obtained passports in the names "B.E.F." and "J.L.M."  In 2016, the Defendants submitted passport renewal applications in the names "B.E.F." and "J.L.M."

On May 15, 2018, Defendant Morrison used a fraudulently obtained passport in the name "J.L.M" to verify employment eligibility on a Department of Homeland Security Form I-9.

### III.  DNA Evidence

The United States anticipates filing a Motion in Limine to admit DNA evidence and the expert witness testimony of FBI Forensic Examiner Sherri Fentress.  The FBI laboratory in Quantico, Virginia, developed a DNA profile for Defendant Gwynn Darle Morrison, based on a buccal swab provided by Defendant Morrison, and developed profiles on Wendy Morrison and Tara Buran, who claim

to be the biological sisters of Gwynn Darle Morrison, based on the buccal swabs they provided. Forensic Examiner Fentress' lab report, which has been provided to both Defendants, concludes that the DNA profile obtained from Defendant Morrison is approximately 2.6 billion times more likely if Defendant Morrison is the sister of Wendy Morrison and Tara Buran than if Defendant Morrison is someone unrelated to these individuals.

The Government has also filed a Motion in Limine to Obtain a Consciousness of Guilt Instruction based on Defendant Primrose's refusal to provide a DNA sample when served with a search warrant issued by a Magistrate Judge directing federal agents to collect a cheek swab from the Defendant. See ECF No. 193.

### IV. Jury Instructions

The United States will file its proposed instructions in accordance with the Court's Scheduling Order.

Conclusion

The United States submits this Trial Brief with the aim of clarifying issues for trial. Should any legal issues arise that have not been covered in this Trial

//

//

//

Brief, the United States respectfully requests leave to submit further memoranda as may be necessary.

DATED: September 8, 2023, at Honolulu, Hawaii.

Respectfully submitted,

CLARE E. CONNORS
United States Attorney
District of Hawaii

By  /s/ Thomas Muehleck
     THOMAS MUEHLECK
     Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I hereby certify that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

<u>Served through CM/ECF:</u>

Gary G. Singh, Esq.

Attorney for Defendant
WALTER GLENN PRIMROSE
aka "Bobby Edward Fort"

Megan K. Kau, Esq.

Attorney for Defendant
GWYNN DARLE MORRISON
aka "Julie Lyn Montague"

DATED: September 8, 2023, at Honolulu, Hawaii.

                                                              */s/ Tiani Kaneakua*
                                                              U.S. Attorney's Office
                                                              District of Hawaii