BOBBY EDWARD FORT A.K.A.
Walter Glenn Primrose
pro se
12619122

defendant


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII


UNITED STATES OF AMERICA

Plaintiff,

vs.

BOBBY EDWARD FORT
AKA Walter Glenn Primrose
defendant

CR. No. 22-00060 LEK

BOBBY EDWARD FORT A.K.A.
WALTER GLENN PRIMROSE'S
OPPOSITION TO ORDER GRANTING
DEFENDANT MORRISON'S MOTION FOR LEAVE TO
FILE UNDER SEAL EXHIBIT A IN SUPPORT OF
DEFENDANT MORRISON'S MOTION TO EXCLUDE
ANITA HARRIS' DEPOSITION TESTIMONY
WITH GOOD CAUSE

BOBBY E. FORT A.K.A. WALTER G. PRIMROSE'S OPPOSITION TO ORDER GRANTING
DEFENDANT MORRISON'S MOTION FOR LEAVE TO FILE UNDER SEAL EXHIBIT A IN SUPPORT
OF DEFENDANT MORRISON'S MOTION TO EXCLUDE ANITA HARRIS DEPOSITION TESTIMONY.


Comes now, Bobby E Fort A.K.A. Walter Glenn Primrose, pro se, to
let all know that I now need to lodge opposition to defendant Morrison's
Motion for Leave to File Under Seal Exhibit A in Support of Defendant Morrison's
Motion to Exclude Anita Harris' Deposition Testimony.

My opposition is supported by Fed. R. Crim. P. 15 (g) which states "A
party objecting to deposition testimony or evidence must state the grounds
for the objection during the deposition." Morrison's Exclusion of Deposition was
not objected by any party present at the deposition. All parties were agreeable
to the testimony.

1

The defense intends to demonstrate to the Court that the prosecution's case is chronologically stale: evidence has been lost and witnesses are aged; some are deceased. The defense wishes to preserve the testimony of Ms. Anita Harris as proof of staleness of facts. The Federal Rules of Evidence 401 (a) backs up this argument, that is, support of evidence that "it has any tendency to make a fact more or less probable than it would be without the evidence." Re-stated, without this testimonial evidence on the records, the defense will be prejudiced to prove staleness.

The reference Understanding Criminal Procedures, Volume 2, Adjudication, by Matthew Bender (2023), states "the retributive and deterrent value of the criminal law diminishes as time passes." Also, "If a potential charge lies neglected for a long time and then suddenly becomes of interest to the government, that raises the possibility that the lack of prosecution was based on an exercise of prosecutorial discretion and the subsequent reversal is based upon some bias or other improper grievances that the government may have against the accused."

Lastly, the Morrison motion negates its own argument of supposedly protecting the witness by stating the "deponent's medical condition ... has been redacted." If this is indeed true, the full testimony should remain unsealed with the redaction of medical intact, with good cause.

SUBMITTED RESPECTFULLY


Date: HONOLULU, Hawaii, September 25, 2023.

BOBBY EDWARD FORT
A.K.A. Walter Glenn Primrose
Defendant, pro se

2

BOBBY EDWARD FORT A.KA. Walter Glenn Primrose hereby certifies that by the method of service noted below, a true and correct copy of the foregoing was served on the following at the last known address on

Served Electronically through CM/ECF: September 25, 2023.

Thomas Mueleck          Email:   tom.mueleck@usdoj.gov
Assistant United States Attorney
300 Ala Moana Boulevard, Room 6100
Honolulu, HI   96850

Megan K. Kau, Esq.      Email: mk@meykaulaw.com
8209 Mililani Street, Ste 701
Honolulu, HI   96813

Attorney for Defendant
Julie Lyn Montague
A. K. A. Gwynn Darle Morrison

Gary G. Singh, Esq.          Email: gary@garysinghlaw.com
Topa Financial Center
700 Bishop Street, Ste. 2000
Honolulu, HI  96813

Co-counsel for Defendant
Bobby Edward Fort
AKA Walter Glenn Primrose

Date: Honolulu, Hawaii, September 25, 2023.

                              BOBBY EDWARD FORT
                              A.K.A. Walter Glenn Primrose

3