CLARE E. CONNORS #7936
United States Attorney
District of Hawaii

THOMAS MUEHLECK #3591
Assistant U.S. Attorneys
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd., Room 6-100
Honolulu, Hawaii  96850
Telephone:(808) 541-2850
Facsimile: (808) 541-2958
Email: Tom.Muehleck@usdoj.gov

Attorney for Plaintiff
UNITED STATES OF AMERICA

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 22-00060 LEK |
| | ) | |
| Plaintiff, | ) | UNITED STATES' THIRD |
| | ) | AMENDED EXHIBIT LIST; |
| v. | ) | CERTIFICATE OF SERVICE |
| | ) | |
| WALTER GLENN PRIMROSE, (01) | ) | |
| aka "Bobby Edward Fort," | ) | |
| | ) | |
| GWYNN DARLE MORRISON, (02) | ) | |
| aka "Julie Lyn Montague" | ) | DATE:   October 23, 2023 |
| | ) | TIME:   9:00 a.m. |
| Defendants. | ) | JUDGE: Hon. Leslie E. Kobayashi |

## UNITED STATES' THIRD AMENDED EXHIBIT LIST

The Government hereby submits its third amended exhibit list, attached hereto, in the above-captioned matter, for the trial presently set for October 23, 2023.  The Government reserves the right to add to, delete from, or otherwise modify this list during the course of trial.

DATED:  October 23, 2023, at Honolulu, Hawaii.

Respectfully submitted,

CLARE E. CONNORS
United States Attorney
District of Hawaii


By  */s/ Thomas Muehleck*
    THOMAS MUEHELCK
    Assistant U.S. Attorney

# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

**UNITED STATES OF AMERICA**                                      **EXHIBIT LIST**

**v.**

**WALTER GLENN PRIMROSE, (01)**                          **CR. NO. 22-00060 LEK**
     **aka "Bobby Edward Fort"**
**GWYNN DARLE MORRISON, (02)**
     **aka "Julie Lyn Montague"**

| Exhibit No. | Description | Date Offered | Date Adm. |
|---|---|---|---|
| 1 | Birth Certificate Julie Montague | | |
| 2 | Death Certificate Julie Montague | | |
| 3 | Photo of Tombstone – Julie Montague | | |
| 4 | Birth Certificate Bobby Fort | | |
| 5 | Death Certificate Bobby Fort | | |
| 6 | Marble Falls Cemetery Records Bobby E. Fort | | |
| 6.1 | Overview of gravesite | | |
| 6.2 | Midview of gravesite | | |
| 6.3 | Close up of gravestone  Gwendolyn and Fort | | |
| 6.4 | Close up of Clarance | | |
| 7 | Passport Application for "Bobby Fort" | | |
| 8 | Passport Application for "Julie Montague" | | |
| 9 | 1999 Passport Application Walter Primrose | | |
| 10 | Birth Certificate- Walter Primrose | | |
| 11 | Birth Certificate- Gwynn Morrison | | |
| 12 | 1987 Passport – Walter Primrose | | |
| 13 | "Bobby Fort" 1996 General Passport | | |
| 14 | "Bobby Fort" 2006 General Passport | | |
| 15 | "Bobby Fort" 2016 General Passport | | |
| 16 | "Bobby Fort" 2001 Official Passport | | |

| Exhibit No. | Description | Date Offered | Date Adm. |
|---|---|---|---|
| 17 | "Bobby Fort" 2009 Official Passport | | |
| 18 | "Julie Montague" 1996 General Passport | | |
| 19 | "Julie Montague" 2006 General Passport | | |
| 20 | "Julie Montague" 2016 General Passport | | |
| 21 | DHS Certification of Records | | |
| 21.1 | Certified "Bobby Fort" TECS Records | | |
| 22 | Certified "Julie Montague" TECS Records | | |
| 23 | "Bobby Fort" Retired DOD ID Card # 1133731470 | | |
| 24 | "Bobby Fort" Hawaii Driver's License #H00335519 | | |
| 25 | "Bobby Fort" VA ID Card # 1133731470 | | |
| 26 | "Bobby Fort" DOD CAC ID Card # 11337314670 | | |
| 27 | Entrance video for Search Warrant Residence M2U00016.MPG | | |
| 28.1 | Pictures from Search Warrant (Residence Location) | | |
| 28.2 | Pictures from Search Warrant Front door ajar into Livingroom | | |
| 28.3 | Pictures from Search Warrant photo of Livingroom | | |
| 28.4 | Pictures from Search Warrant photo of Livingroom | | |
| 28.5 | Pictures from Search Warrant Front of Residence | | |
| 28.6 | Pictures from Search Warrant photo of bedroom | | |
| 28.7 | Pictures from Search Warrant photo of bedroom | | |
| 28.8 | Pictures from Search Warrant photo of bedroom | | |
| 28.9 | Pictures from Search Warrant photo of | | |

| Exhibit No. | Description | Date Offered | Date Adm. |
|---|---|---|---|
|  | bedroom |  |  |
| 28.10 | Pictures from Search Warrant photo of dining room |  |  |
| 28.11 | Pictures from Search Warrant photo of ID Documents |  |  |
| 28.12 | Pictures from Search Warrant photo of Address book |  |  |
| 28.13 | Pictures from Search Warrant photo of letters |  |  |
| 28.14 | Pictures from Search Warrant photo of ID Documents |  |  |
| 28.15 | Pictures from Search Warrant photo of ID Documents |  |  |
| 28.16 | Pictures from Search Warrant photo of letters |  |  |
| 28.17 | Pictures from Search Warrant photo of diplomas |  |  |
| 28.18 | Pictures from Search Warrant photo of pictures found |  |  |
| 28.19 | Pictures from Search Warrant photo of pictures found |  |  |
| 28.20 | Pictures from Search Warrant photo of pictures found |  |  |
| 28.21 | Pictures from Search Warrant photo of pictures found |  |  |
| 28.22 | Pictures from Search Warrant photo of letters |  |  |
| 28.23 | Pictures from Search Warrant photo of letters |  |  |
| 28.24 | Pictures from Search Warrant photo of letters |  |  |
| 28.25 | Pictures from Search Warrant photo of pictures found |  |  |
| 28.26 | Pictures from Search Warrant photo of pictures found |  |  |
| 28.27 | Pictures from Search Warrant photo of letters |  |  |
| 28.28 | Pictures from Search Warrant photo of pictures found |  |  |

| Exhibit No. | Description | Date Offered | Date Adm. |
|---|---|---|---|
| 28.29 | Picture of Front of Residence numerical address fixture | | |
| 29 | Sketch for Search Warrant of Residence | | |
| 30 | Kailua Mailbox Application | | |
| 31 | Max Federal Credit Union Mail/Bank Statement from July 01, 2000 – Sept 30, 2000 | | |
| 32 | Gwynn Morrison Calhoun High School Diploma | | |
| 33 | Gwynn Morrison Auburn Diploma | | |
| 34 | Gwynn Morrison Stephen F. Austin Master of Arts Diploma | | |
| 35 | Envelope labeled birth certificates containing Birth Certificates for Bobby Fort and Julie Montague | | |
| 36 | "Bobby Fort" Hawaii driver's licenses issued in 2008 | | |
| 37 | "Bobby Fort" Hawaii driver's licenses issued in 2014 | | |
| 38 | "Bobby Fort" Hawaii driver's licenses issued in 2022 | | |
| 39 | "Julie Montague" U.S. Passport Card issued 2016 | | |
| 40 | "Bobby Fort" DHS Global Entry Card issued 2022 | | |
| 41 | "Bobby Fort" U.S. Passport Card issued 2016 | | |
| 42 | "Bobby Fort" DHS Global Entry Card expire 2027 | | |
| 43 | "Julie Montague" Social Security Card | | |
| 44 | Gwynn D. Primrose Social Security Card | | |
| 45 | Gwynn D. Primrose Texas Driver's License | | |
| 46 | "Julie Montague" Hawaii Driver's License issued 2003 | | |
| 47 | Gwynn Primrose Max Federal Credit Union | | |

4

| Exhibit No. | Description | Date Offered | Date Adm. |
|---|---|---|---|
| | teller card 3019 | | |
| 48 | Gwynn Primrose Max Federal Credit Union teller card 3217 | | |
| 49 | Gwynn Primrose Business cards | | |
| 50 | Gwynn Primrose Lacy Lakeview Public Library Card | | |
| 51.1 | Brian Mclean River City Business Card | | |
| 51.2 | Brian Mclean Origin Business Card with Writing on card | | |
| 51.3 | Brian Mclean Origin Business Card | | |
| 52.1 | Max Federal Credit Union Bank Card (1089 – 12/16) | | |
| 52.2 | Max Federal Credit Union Bank Card (1089 – 12/19) | | |
| 52.3 | Max Federal Credit Union Bank Card (1089– 12/22) | | |
| 53 | DOD Dependent ID Card "Julie Montague" | | |
| 54 | "Julie Montague" Hawaii Driver's License | | |
| 55.1 | Photograph of Walter Primrose | | |
| 55.2 | Photograph of Walter Primrose | | |
| 55.3 | Photograph of Walter Primrose | | |
| 55.4 | Photograph of Walter Primrose | | |
| 55.5 | Photograph of Walter Primrose | | |
| 55.6 | Photograph of William Primrose | | |
| 55.7 | Photograph of Wendy Morrison (April 1989) | | |
| 55.8 | Photograph of Brian McLean | | |
| 56 | Marriage Certificate "Bobby Fort" and "Julie Montague" | | |
| 57 | Marriage Certificate Walter Primrose and Gwynn Morrison | | |
| 58.1 | Photograph of Walter Primrose in Orange shirt | | |

5

| Exhibit No. | Description | Date Offered | Date Adm. |
|---|---|---|---|
| 58.2 | Photograph of Walter Primrose suit and tie | | |
| 58.3 | Photograph of Walter Primrose in button shirt/w circles | | |
| 58.4 | Photograph of four individuals on couch | | |
| 58.5 | Photograph of Walter Primrose in designer shirt | | |
| 58.6 | Photograph of Walter Primrose & Gwynn Morrison tiger shirt | | |
| 59 | Calhoun Yearbook | | |
| 60.1 | Address Book | | |
| 60.2 | Address Book Page Seven (7) | | |
| 60.3 | Address Book Page Eight (8) | | |
| 60.4 | Address Book Page Ten (10) | | |
| 60.5 | Address Book Page Fifty (50) | | |
| 60.6 | Address Book Page Seventy-Four (74) | | |
| 60.7 | Address Book Page Eighty (80) | | |
| 61.1 | Photograph of Gwynn Morrison in front of Statute | | |
| 61.2 | Photograph of Safari Hat Walter Primrose, Gwynn Morrison & Brian McLean | | |
| 61.3 | Photograph of Safari Hat Walter Primrose, Gwynn Morrison & Brian McLean | | |
| 61.4 | Photograph of Safari Hat Walter Primrose, Gwynn Morrison | | |
| 61.5 | Photograph of Safari Hat Walter Primrose & Brian McLean | | |
| 61.6 | Photograph of Safari Hat Walter Primrose, Gwynn Morrison & Brian McLean | | |
| 61.7 | Photograph of Walter Primrose sitting | | |
| 61.8 | Photograph of Bookshelf Carol Burton &Walter Primrose | | |
| 61.9 | Photograph of Gwynn Morrison with male | | |

6

| Exhibit No. | Description | Date Offered | Date Adm. |
|---|---|---|---|
| 61.10 | Photograph of Gwynn Morrison with male | | |
| 61.11 | Photographs of Wendy Morrison in blue blazer | | |
| 62.1 | Photograph of Walter Primrose | | |
| 62.2 | Photograph of Gwynn Morrison Los Angeles T-shirt | | |
| 62.3 | Photograph of Walter Primrose in front of airplane | | |
| 62.4 | Photograph of Walter Primrose and William Primrose in front of Noritsu building | | |
| 63 | Vehicle Registration for Brian McLean (Certified) | | |
| 64 | Texas Department of Public Safety Business Records Affidavit Montague | | |
| 64.1 | Texas DMV Records for "Julie Montague" Expired 1995 | | |
| 64.2 | Texas DMV Records for "Julie Montague" Record of Examination | | |
| 64.3 | Texas DMV Records for "Julie Montague" Renewal Application | | |
| 64.4 | Texas DMV Records for "Julie Montague' redacted Medical History | | |
| 64.5 | Texas DMV Records for "Julie Montague" Record of Examination | | |
| 64.6 | Texas DMV Records for "Julie Montague" License Application | | |
| 64.7 | Texas DMV Records for "Julie Montague" Driver's License record 1995 | | |
| 64.8 | Texas DMV Records for "Julie Montague" I.D. Card 1992 | | |
| 64.9 | Texas DMV Records for "Julie Montague" redacted Medical History | | |
| 64.10 | Texas DMV Records for "Julie Montague" | | |

| Exhibit No. | Description | Date Offered | Date Adm. |
|---|---|---|---|
| | I.D Card Application 1987 | | |
| 64.11 | Texas DMV Records for "Julie Montague" I.D. Card Receipt 1992 | | |
| 64.12 | Texas DMV Records for "Julie Montague" Driver's License record 1994 | | |
| 65.1 | Texas DMV Records for "Bobby Fort" Driver's License 1996 | | |
| 65.2 | Texas DMV Records for "Bobby Fort" Driver's License 1992 | | |
| 65.3 | Texas DMV Records for "Bobby Fort" Driver's License 1992 Austin | | |
| 65.4 | Texas DMV Records for "Bobby Fort" Driver's License 1992 San Antonio | | |
| 65.5 | Texas DMV Records for "Bobby Fort" Driver's License record 1993 | | |
| 65.6 | Texas DMV Records for "Bobby Fort" Driver's License record 1992 | | |
| 65.7 | Texas DMV Records for "Bobby Fort" License Renewal Application | | |
| 65.8 | Texas DMV Records for "Bobby Fort" redacted medical history | | |
| 65.9 | Texas DMV Records for "Bobby Fort" Driver's License record 1991 Austin | | |
| 65.10 | Texas DMV Records for "Bobby Fort" Driver's License record 1988 | | |
| 65.11 | Texas DMV Records for "Bobby Fort" Record of Examination | | |
| 65.12 | Texas DMV Records for "Bobby Fort" Driver's License Application 1987 | | |
| 65.13 | Texas DMV Records for "Bobby Fort" License record 1992 San Antonio | | |
| 66 | Texas Department of Public Safety Business Records Affidavit Morrison | | |

8

| Exhibit No. | Description | Date Offered | Date Adm. |
|---|---|---|---|
| 66.1 | Texas DMV Records for Gwynn Morrison Driver's License Application | | |
| 66.2 | Texas DMV Records for Gwynn Morrison Applicants Drivers Records | | |
| 66.3 | Texas DMV Records for Gwynn Morrison Supplemental Examination | | |
| 66.4 | Texas DMV Records for Gwynn Morrison Drivers Permit 1984 | | |
| 67.A | 1995 Atlantic Beach, FL Brian McLean to "J L Montague | | |
| 67.B | 1996 Atlantic Beach, FL Brian McLean to "J L Montague" | | |
| 67.C | 1997 Elizabeth City, NC Brian McLean to "J Lyn Montague" | | |
| 67.D | 1999 Elizabeth City, NC Brian McLean to "J Lyn Montague" | | |
| 67.E | 2000 Elizabeth City, NC Brian McLean to "J L Montague" | | |
| 67.F | 2009 Bougainvillea Brian McLean to "J Lyn Montague" | | |
| 68.A | 2004 Waipahu Brian McLean to "J Lyn Montague" | | |
| 68.B | 2005 Waipahu Brian McLean to "J Lyn Montague" | | |
| 68.C | 4-8-22 "J Lyn Montague" to Brian McLean | | |
| 68.D | 4-21-22 "J Lyn Montague" to Brian McLean | | |
| 68.E | Cecil Primrose to Walter and Gwynn Primrose Kailua address 22 Dec 2008 | | |
| 69.1 | Photograph Carol Burton & Rachel Elliott | | |
| 69.2 | Photograph Wendy Morrison, Walter Primrose, Gwynn Morrison | | |
| 69.3 | Photograph Anna Morrison, Walter Primrose, Gwynn Morrison | | |

| Exhibit No. | Description | Date Offered | Date Adm. |
|---|---|---|---|
| 69.4 | Photograph Wendy Morrison | | |
| 69.5 | Photograph Wendy Morrison, Anna Morrison, Cyrial Morrison | | |
| 69.6 | Photograph Walter Primrose, Gwynn Morrison, Rebekah Winter (Buran) | | |
| 69.7 | Photograph Anna Morrison, Walter Primrose, Gwynn Morrison | | |
| 69.8 | Photograph Sandra Young (Morrison) Wedding | | |
| 69.9 | Photograph Cyrial Morrison | | |
| 69.10 | Photograph Gwynn Morrison & Rebekah Winter (Buran) | | |
| 70.A | 2021 Letter from Catherine Crumpler to "J Lyn" | | |
| 70.B | 2020 Letter from Catherine Crumpler to "J Lyn" | | |
| 70.C | 2021 Letter from Catherine Crumpler to "J Lyn" | | |
| 71 | 2002 Letter from Catherine Crumpler to "J Lyn Montague" | | |
| 72 | Picture of Carol Burton, Walter Primrose, Betty Hayes, William Primrose | | |
| 73.1 | Photograph of Cecil Primrose | | |
| 73.2 | Photograph of Cecil Primrose Black Coat | | |
| 73.3 | Photograph of Cecil Primrose Blue Shirt | | |
| 73.4 | Photograph of Cecil Primrose and two others | | |
| 73.5 | Photograph of Betty Hayes | | |
| 73.6 | Photograph of Betty Hayes and child | | |
| 74.1 | Photograph of Anna Morrison and Gwynn Morrison Feb 1958 | | |
| 74.2 | Photograph of Anna Morrison and Gwynn Morrison Feb 1958 | | |
| 74.3 | Photograph of Anna Morrison, Gwynn | | |

| Exhibit No. | Description | Date Offered | Date Adm. |
|---|---|---|---|
| | Morrison & other Female Jan 1958 | | |
| 74.4 | Photograph of Gwynn Morrison | | |
| 74.5 | Photograph of Anna Morrison and two brothers | | |
| 74.6 | Business cards Cecil Primrose | | |
| 75.1 | Photograph of Walter Primrose and Gwynn Morrison | | |
| 75.2 | Photograph of Brian McLean | | |
| 75.3 | Photograph of Gwynn Morrison Black hat | | |
| 75.4 | Photograph of Brian McLean | | |
| 75.5 | Photograph of Brian McLean | | |
| 75.6 | Photograph of Brian McLean | | |
| 75.7 | Photograph of Gwynn Morrison and Wendy Morrison 1977 | | |
| 75.8 | Photograph of Tara Buran Oct 1978 | | |
| 75.9 | Photograph of Tara Buran 1983 | | |
| 76 | Letter from Cecil Primrose 2014 | | |
| 77.A | Envelope from "C Primrose" 2013 | | |
| 77.B | Letter from Betty Hayes to "WG Primrose" | | |
| 78 | Letter from Betty Hayes 2002 Kailua HA | | |
| 79 | Hawaii Driver's License "Bobby Fort" June 20 2007 | | |
| 80 | Hawaii Driver's License "Bobby Fort" Sept 29, 2004 | | |
| 81 | Hawaii Driver's License "Julie Montague" Feb 02, 2009 | | |
| 82 | Hawaii Driver's License "Julie Montague" 2017 | | |
| 83 | Lufkin High School Diploma Walter Primrose 1974 | | |
| 84 | Social Security Card "Bobby Fort" | | |
| 85 | Certificate of Authenticity Calhoun County | | |

11

| Exhibit No. | Description | Date Offered | Date Adm. |
|---|---|---|---|
| | ISD | | |
| 85.1 | Calhoun High School Transcript Records Gwynn Morrison | | |
| 85.2 | Calhoun High School CO-Curricular Records Gwynn Morrison | | |
| 85.3 | Calhoun High School Record Gwynn Morrison | | |
| 85.4 | Calhoun High School Transcript Records Walter Primrose | | |
| 85.5 | Calhoun High School Record Walter Primrose | | |
| 85.6 | Calhoun High School Previous School attended Records Walter Primrose | | |
| 85.7 | Calhoun High School Student Activities Records Walter Primrose | | |
| 86 | Lufkin High School Records Walter Primrose | | |
| 86.1 | Lufkin High School Transcript Records Walter Primrose | | |
| 86.2 | Lufkin High School Record Walter Primrose | | |
| 87 | Certificate of Authenticity Auburn University | | |
| 87.1 | Auburn University Transcript Record Gwynn Morrison | | |
| 88.A | Letter from Tara Buran Aug 16, 2016 Kailua address | | |
| 88.B | Letter from Tara Buran "end of the money" Kailua address | | |
| 89 | Greeting Card from Tara Buran | | |
| 90.A | Letter from Cyrial Morrison & Ann Morrison 19 Oct 2005 | | |
| 90.B | Letter from Ann Morrison 15 Aug 2005 | | |
| 90.C | Letter from Ann Morrison 5 Aug 2002 | | |
| 90.D | Letter from Ann Morrison 6 Jan 2009 | | |
| 91.A | Letter from Wendy Morrison, Ann Morrison | | |

12

| Exhibit No. | Description | Date Offered | Date Adm. |
|---|---|---|---|
| | & Cyrial Morrison | | |
| 91.B | Letter from Wendy Morrison (2014) | | |
| 92.A | Letter from Wendy Morrison 08 Oct 2021 | | |
| 92.B | Letter from Wendy Morrison 28 Nov 2016 | | |
| 92.C | Letter from Wendy Morrison 29 Mar 2022 | | |
| 93 | Kailua Certified Private Mailbox Records | | |
| 94 | UPS Store certified Records | | |
| 95 | Honolulu DMV Records for "Bobby Fort" | | |
| 96 | Honolulu DMV Records for "Julie Montague" | | |
| 97 | Certified NEX Records "Julie Montague" | | |
| 98 | DOT/FAA Pilots License "Bobby Fort" | | |
| 99 | DMDC Certification of Records Declaration | | |
| 99.1 | Bobby Fort CAC -Exp 05/2018 | | |
| 99.2 | Bobby Fort CAC -Exp 09/2019 | | |
| 99.3 | Bobby Fort CAC -Exp 09/2020 | | |
| 99.4 | Bobby Fort CAC -Exp 10/2010 | | |
| 99.5 | Bobby Fort CAC -Exp 11/2012 | | |
| 99.6 | Bobby Fort CAC -Exp 12/2020 | | |
| 99.7 | Bobby Fort CAC -Exp 12/2021 | | |
| 99.8 | Bobby Fort DD Form 1172-2 -20160218 | | |
| 99.9 | Bobby Fort DD Form 1172-2 2016011 | | |
| 99.10 | Bobby Fort Driver's License -Presented Nov. 3, 2009 | | |
| 99.11 | Bobby Fort Driver's License – Presented June 1, 2015 | | |
| 99.12 | Bobby Fort RAPIDS Photo | | |
| 99.13 | Julie Montague DD Form 1172-2 20121106 | | |
| 99.14 | Julie Montague DD Form 1172-2 20160829 | | |
| 99.15 | Julie Montague DD Form 1172-2 20161011 | | |

| Exhibit No. | Description | Date Offered | Date Adm. |
|---|---|---|---|
| 99.16 | Julie Montague DD Form 1172-2 20180812 | | |
| 99.17 | Julie Montague DD Form 1172-220180828 | | |
| 99.18 | Julie Montague Driver's License – Presented Nov 6, 2012 | | |
| 99.19 | Julie Montague Driver's License – Presented Aug 28, 2018 | | |
| 99.20 | Julie Montague ID -Exp 11/2012 | | |
| 99.21 | Julie Montague ID -Exp 11/2016 | | |
| 99.22 | Julie Montague SSN Card -Presented Aug 28, 2018 | | |
| 99.23 | Julie Montague DD Form 1172-2 20180812.2 | | |
| 100 | Certified Social Security Application "Bobby Fort" | | |
| 101 | Certified Social Security Application Walter Primrose | | |
| 102 | Certified Social Security Application Gwynn Morrison | | |
| 103 | Certified Social Security Application "Julie Montague" | | |
| 104 | Certified Social Security Application Gwynn Primrose | | |
| 105.A | Letter from Carol Burton 02 Aug 2021 | | |
| 105.B | Letter from Carol Burton 10 Aug 2020 | | |
| 105.C | Letter from Carol Burton 17 Jun 2022 | | |
| 105.D | Letter from Carol Burton | | |
| 106 | Garrity Waiver Signed as "Bobby E. Fort" 22 Jul 2022 | | |
| 107 | Advice of Rights signed as "Bobby Fort" 22 Jul 2022 | | |
| 108 | Photographs shown to Walter Primrose | | |
| 108.1 | Texas Driver's License as "Bobby Fort" Expired 1992 | | |

| Exhibit No. | Description | Date Offered | Date Adm. |
|---|---|---|---|
| 108.2 | Photograph of Walter Primrose in suit | | |
| 109.1 | Max Federal Credit Union Maxine ATM Card Application | | |
| 109.2 | Max Federal Credit Union account records | | |
| 110 | Department of Transportation Record of Emergency Data | | |
| 111 | Record of Military Processing Armed Forces of the U.S. "Bobby Edward Fort" | | |
| 112 | Questionnaire for National Security Position "Bobby Edward Fort" 2004 | | |
| 113 | Certified North Carolina Drivers Record "Bobby Fort" | | |
| 114 | Certified North Carolina Drivers Record "Julie Montague" | | |
| 115 | Arrest Photograph of Walter Glenn Primrose | | |
| 116 | Arrest Photograph of Gwynn Darle Morrison | | |
| 117 | Video Surveillance from Kailua Self Storage | | |
| 118 | Photograph of age progression for Walter Glenn Primrose | | |
| 119 | Photograph of age progression for Gwynn Darle Morrison | | |
| 120 | Buccal swab specimen from Gwynn Darle Morrison | | |
| 121 | Buccal swab specimen from Wendy Morrison | | |
| 122 | Buccal swab specimen from Tara Buran | | |
| 123 | FBI Special Agent Chain-of-Custody Forms | | |
| 123.1 | Betty Hayes Chain-of-Custody Forms | | |
| 123.2 | Carol Burton Chain-of-Custody Forms | | |
| 123.3 | Gwynn Morrison Chain-of-Custody Forms | | |
| 123.4 | Tara Buran Chain-of-Custody Forms (Exhibit 123.4) | | |
| 123.5 | Wendy Morrison Chain-of-Custody Forms | | |

15

| Exhibit No. | Description | Date Offered | Date Adm. |
|---|---|---|---|
| 123.6 | DNA Secondary Tubes Chain-of-Custody Forms | | |
| 123.7 | Photos of Packaged DNA specimens for Betty Hayes | | |
| 123.8 | Photos of Packaged DNA specimens for Betty Hayes | | |
| 123.9 | Photos of Packaged DNA specimens for Carol Burton | | |
| 123.10 | Photos of Packaged DNA specimens for Carol Burton | | |
| 123.11 | Photos of Packaged DNA specimens for Gwynn Morrison | | |
| 123.12 | Photos of Packaged DNA specimens for Gwynn Morrison | | |
| 123.13 | Photos of Packaged DNA specimens for Tara Buran | | |
| 123.14 | Photos of Packaged DNA specimens for Wendy Morrison | | |
| 123.15 | Photos of Packaged DNA specimens for Wendy Morrison | | |
| 123.16 | Photos of Packaged DNA specimens for DNA Secondary Tubes | | |
| 124 | FBI Laboratory Report | | |
| 125 | FBI DNA Casework Unit Chain-of-Custody Log | | |
| 126 | FBI DNA Casework Unit Collection Notes | | |
| 127 | FBI DNA Casework Unit Extraction Notes | | |
| 128 | Quantitation Notes | | |
| 129 | Amplification Notes | | |
| 130 | CE Notes | | |
| 131 | CE Analysis | | |
| 132 | Profile Summary | | |
| 133 | KinCalc Order | | |

16

| Exhibit No. | Description | Date Offered | Date Adm. |
|---|---|---|---|
| 134 | Kinship Index Report | | |
| 135 | FBI Lab Request Report | | |
| 136 | Video Deposition of Anita Harris taken August 28, 2023 Dallas, TX | | |
| 137 | Transcript of videotaped Deposition of Anita Harris | | |
| 138 | Gwendolyn Fort Marble Falls Cemetery records | | |
| 139 | Coast Guard Employee File Records For "Bobby Edward Fort" | | |
| 140.1 | Texas Department of Motor Vehicles Certification of Record | | |
| 140.2 | Certificate of Authenticity of Business Records | | |
| 140.3 | Texas Registration and Title Information for LIC 445JTA Gwynn D. Primrose | | |
| 141.1 | Photo of three children sitting on sofa | | |
| 141.2 | Wedding Photo of Tara Buran and others | | |
| 142 | Gwynn Morrison and Walter Primrose Max Credit Union Bank Statement 10/01/2021 thru 12/31/2021 | | |
| 143 | U.S. District Court for the District of Hawaii, Search Warrant # 23-01210-RT, for Buccal swabs from the person of Walter Glenn Primrose | | |
| 144.1 | Audio Recording file 1 from Walter Primrose iPhone 5s, with timestamps 8/18/2018; 9:05:43 AM (UTC-10) Duration 1:00 minute | | |
| 144.2 | Audio Recording file 2 from Walter Primrose iPhone 5s, with timestamps 8/5/2018; 8:54:03 AM (UTC-10) Duration 1:00 minute | | |
| 144.3 | Audio Recording file 3 from Walter Primrose iPhone 5s, with timestamps 7/28/2018; | | |

| Exhibit No. | Description | Date Offered | Date Adm. |
|---|---|---|---|
| | 11:20:55 AM (UTC-10) Duration 0:25 Seconds | | |
| 144.4 | Audio Recording file 4 (part one) from Walter Primrose iPhone 5s, with timestamps 7/16/2018; 2:43:16 PM (UTC-10) Duration 0:25 Seconds | | |
| 144.5 | Audio Recording file 4 (part two) from Walter Primrose iPhone 5s, with timestamps 7/16/2018; 2:43:16 PM (UTC-10) Duration 0:21 Seconds | | |
| 144.6 | Cellebrite Extraction Report – iPhone 5s (Walter Primrose) | | |
| 145 | "Bobby Edward Fort" Destruction of DNA Reference Specimen Request | | |
| 146 | UPS Store Box #370 Renewal Application "Bobby Fort" | | |
| 147.1 | U.S. Coast Guard Email associated with "Bobby Fort" email account profile, Subject line I-9 -Re-Verification - Mandatory Action Deadline 12/18/18 | | |
| 147.2 | "Bobby Edward Fort" U.S. Passport book, U.S. Passport Card, DHS Global Entry Card | | |
| 147.3 | U.S. Coast Guard Email associated with "Bobby Fort" email account profile, Subject line RE: I-9 Re-Verification -Mandatory Action Deadline 12/18/18 | | |
| 147.4 | Email Attachment titled: I9_receipt_13Dec2018, containing receipt of "Bobby Fort" I-9 form submission | | |
| 148 | DS-11 Passport Application Version 12-87 | | |
| 149 | Email Correspondence between William Michel and "Bobby Fort" | | |
| 150 | Picture taken from Betty Hayes residence | | |

| Exhibit No. | Description | Date Offered | Date Adm. |
|---|---|---|---|
| 150.1 | Clements Funeral Home "Our Darling" Obituary | | |
| 150.2 | Newspaper clippings for Julie Lyn Montague – Funeral was Monday | | |
| 150.3 | newspaper clippings for Julie Lyn Montague – Services Held | | |
| 150.4 | newspaper clippings for Julie Lyn Montague – Funeral will be | | |
| 150.5 | newspaper clippings for Julie Lyn Montague – Other survivors | | |
| 150.6 | newspaper clippings for Julie Lyn Montague – Card of Thanks | | |
| 150.7 | newspaper clippings for Julie Lyn Montague – During the time | | |
| 150.8 | Cards from flowers sent to Montague family for Julie Montague Death | | |
| 150.9 | Letters and handwritten notes of condolences for Julie Montague | | |

19

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing document was served on the following counsel on the date and in the manner described below:

<u>Served Via U.S. Postal Service</u>

Walter Glenn Primrose
PRO SE
FDC HONOLULU
12619-122 FEDERAL DETENTION CENTER Inmate Mail/Parcels
P.O. BOX 30080
HONOLULU, HI 96820

Gwynn Darle Morrison
PRO SE
FDC HONOLULU
12618-122
FEDERAL DETENTION CENTER
Inmate Mail/Parcels
P.O. BOX 30080
HONOLULU, HI 96820

<u>Served Electronically through CM/ECF</u>
Gary G. Singh                          E-mail: gary@garysinghlaw.com
Standby Counsel for Defendant
WALTER GLENN PRIMROSE
aka "Bobby Edward Fort"

Megan K. Kau, Esq.                   E-mail: mk@megkaulaw.com
Standby Counsel for Defendant
GWYNN DARLE MORRISON
aka "Julie Lyn Montague"

DATED:  October 23, 2023, at Honolulu, Hawaii.

/s/ Melena Malunao
U.S. Attorney's Office
District of Hawaii